■ In the Matter of WILLIAM LEWIS, Petitioner, v WILLIAM J. BRATTON et al., Respondents. [643 NYS2d 51] —Determination of respondents dated January 12, 1995, which, after a disciplinary hearing, found petitioner guilty of wrongfully and without just cause striking a handcuffed prisoner in the jaw causing injury, and imposing a penalty of forfeiture of 25 vacation days, with 5 of those days held in abeyance, and 1 year disciplinary probation, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [William McCooe, J.], entered on May 22, 1995) dismissed, without costs or disbursements.

There was substantial evidence identifying petitioner as the assailant, and negating his theory that the injuries were caused by a fall to the ground. The penalty does not shock our sense of fairness. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD TODD, Appellant. [643 NYS2d 334] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on or about March 18, 1992, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Williams, JJ.